■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD R. McCRAW, Appellant.— Judgment of the County Court, Nassau County, dated January 27, 1967, affirmed. No opinion. Beldock, P. J., and Benjamin, J., concur; Munder, J., concurs with the following memorandum: Because I cannot distinguish *People* v. *Bailey* (28 A D 2d 126) and *People* v. *Leisen* (28 A D 2d 926), where the psychiatric reports were not more precise than in the instant case, I feel bound by those decisions. However, I adhere to my dissent in *Leisen* and that of Mr. Justice Hopkins in *Bailey*. Indeed, in this case I am more persuaded in that direction because of defendant's demand, which was rejected by the County Court, for a judicial hearing at which he might controvert the psychiatric findings. Christ and Rabin, JJ., dissent and vote to reverse the judgment and remand' defendant for resentence upon the ground that the psychiatric report, upon which the sentence of one day to life pursuant to section 2189-a of the Penal Law was predicated, did not discuss and analyze defendant's sexual problem and whether his condition was of a type which would yield to treatment (cf. *People* v. *Kearse*, 28 A D 2d 910).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVEN B. REYNOLDS, Appellant.— Order of the Supreme Court, Kings County, dated April 11, 1966 and made on reargument, affirmed insofar as appealed from and order of said court dated October 11, 1966, affirmed. No opinion. Appeal dismissed insofar as it is from the original order of said court dated April 11, 1966. That order was superseded by the order made on reargument dated April 11, 1966. Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT R. MARSHALL, Appellant, v. CHARLES C. CYRTA, as Warden of the County Jail of Suffolk County, Respondent.— Judgment of the Supreme Court, Suffolk County, dated February 6, 1967, affirmed, without costs. No opinion. Beldock, P. J., Rabin and Benjamin, JJ., concur; Brennan and Hopkins, JJ., dissent and vote to reverse the judgment and remand relator to the County Court, Suffolk County, for rearraignment and repleading, on the basis of their dissent in *People ex rel. Gallagher* v. *Follette* (27 A D 2d 664) and *People ex rel. Butler* v. *Fay* (27 A D 2d 663).